JOSEPH BOODY, 3RD., *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. JOHN M. WILSON, DEFENDANT-PETITIONER.

See same case below: 31 *N. J. Super.* 439.

*Messrs. Starr, Summerill & Davis, Mr. S. P. McCord, Jr.,* and *Mr. William F. Hyland* for the petitioner.

*Mr. N. Thomas Smaldore* and *Mr. Walter S. Keown* for the respondents.

November 8, 1954. Granted.